[No. 15365-3-II.    Division Two.    February 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS MICHAEL JUNGMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 91-1-00047-5, Grant S. Meiner, J., entered September 30, 1991. *Reversed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Alexander and Houghton, JJ.

[No. 16688-7-II.    Division Two.    February 11, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. IRA MICHAEL CRENSHAW, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-04352-3, Nile E. Aubrey, J., entered December 29, 1992. *Reversed* by unpublished opinion per Alexander, J., concurred in by Seinfeld, A.C.J., and Houghton, J.

[No. 30526-3-I.    Division One.    February 14, 1994.]

ALTIS PROPERTIES, LTD., *Appellant*, v. BENJFRAN DEVELOPMENT, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-14714-2, Carol A. Schapira, J., entered March 2 and 24, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Pekelis, J.